UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 21-02011-MWF (KK) | Date | February 14, 2022 |
|---|---|---|---|
| Title | Darrell Mervin v. Unknown Medical Staff | | |

| Present: The Honorable | **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| Donnisha Brown | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER**

The Court is in receipt of Plaintiff's "Motion for Permanent Injunction" ("Motion"). Dkt. 15. Plaintiff, however, has neither paid the mandatory $402.00 filing fee, nor filed a request to proceed in forma pauperis. Accordingly, as set forth in the Court's December 3, 2021 Order, if Plaintiff wished to proceed with this lawsuit, by no later than January 3, 2022 he was required to have (1) paid the full $402.00 filing fee; (2) filed a request for in forma pauperis status; or (3) shown cause in writing why he was unable to do so. Hence, Plaintiff's Motion is DENIED without prejudice, and **Plaintiff is expressly warned that his failure to timely comply with the Court's December 3, 2021 Order may result in dismissal of this action without prejudice.**

Initials of Preparer    dsb